**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-1059**

———————————

In Re: MARY RUTH BULLINS,

                                                      Debtor.

———————————

MARY RUTH BULLINS,

                                        Plaintiff - Appellant,

          versus

SOUTHLAND DEVELOPMENT CORPORATION; A & A, IN-
CORPORATED; MICHAEL ALLEN; D. G. ALLEN; JUNE
ALLEN; ROBERT GORDON; RUSSELL J. HOLLERS,
Trustee; VON L. ALLEN,

                                        Defendants - Appellees.

———————————

Appeal from the United States District Court for the Middle Dis-
trict of North Carolina, at Durham.  William L. Osteen, District
Judge.  (CA-98-489-1, BK-94-10830-13D, AP-94-2022)

———————————

Submitted:  September 20, 2000      Decided:  October 17, 2000

———————————

Before NIEMEYER and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Tomi W. Bryan, Greensboro, North Carolina, for Appellant. R. Frank Gray, Shawna Y. Staton, JORDAN, PRICE, WALL, GRAY, JONES & CARLTON, P.L.L.C., Raleigh, North Carolina; John C. Wainio, SPEARS, BARNES, BAKER, WAINIO & WHALEY, L.L.P., Durham, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mary Ruth Bullins appeals the district court's order affirming the bankruptcy court's order denying relief on her claims that the Defendants engaged in fraud against her, engaged in unfair and deceptive trade practices, and that the two corporate Defendants were the alter egos of individual Defendants such that the corporate veil could be pierced. We have reviewed the record and the lower courts' opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Bullins v. Southland Dev. Corp., Nos. CA-98-489-1; BK-94-10830-13D; AP-94-2022 (M.D.N.C. Dec. 3, 1999).

AFFIRMED